**Order entered October 7, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00616-CV

### ANDREW GAUTREAUX, ET AL., Appellants

### V.

### DERRICK MAY, ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01503**

## ORDER

Before the Court is appellees' October 5, 2022 unopposed second motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **October 21, 2022**. We caution appellees that further extension requests will be disfavored.

/s/    KEN MOLBERG
       JUSTICE